**Electronically Filed
Supreme Court
SCWC-13-0006069
22-SEP-2016
09:53 AM**

SCWC-13-0006069

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,
Respondent/Plaintiff-Appellee,

vs.

CHARITO LABRADOR HERMANO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0006069; CIVIL NO. 12-1-0276-01)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Kubo, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Charito Labrador

Hermano's application for writ of certiorari filed on August 8,

2016, is hereby rejected.

DATED:  Honolulu, Hawai‘i, September 22, 2016.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Edward H. Kubo, Jr.

